IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID WORLEY**                                                                     **PLAINTIFF**

**V.**                              **CASE NO. 4:05CV01774**

**ALLTEL CORPORATE SERVICES, INC.**                              **DEFENDANT**

## JUDGMENT

Pursuant to the Court's findings of facts and conclusions of law set forth in an Order entered this date, Judgment is hereby entered in favor of Defendant, Alltel Corporate Services, Inc. Plaintiff's Complaint is dismissed with prejudice. Each party is to bear their own costs and attorney's fees.

DATED this 7th day of January, 2008.

_____
James M. Moody
United States District Judge